1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                    **EASTERN DISTRICT OF CALIFORNIA**
8

| | |
|---|---|
| 9 **CHARLES ALLEN,** | **CASE NO. 1:18-CV-0648 AWI JLT** |
| 10 **Plaintiff** | |
| 11 **v.** | **ORDER VACATING HEARING DATE AND ORDER DENYING MOTION TO STAY AS MOOT** |
| 12 **WELLS FARGO BANK, and DOES 1-10,** | |
| 13 **Defendant** | (Doc. No. 7) |
| 14 | |

15

16      This case was removed from the Kern County Superior Court and involves Defendant's
17 insurance practices with respect to an automobile that was financed through Defendant.  Plaintiff
18 brings claims of negligence and fraud against Defendant.

19      On June 13, 2018, Defendant filed a motion to stay the case in light of an anticipated
20 Multidistrict Litigation transfer to the Central District of California.  Hearing on this motion is set
21 for August 6, 2018.

22      On July 3, 2018, this matter was conditionally transferred to the Central District of
23 California as part of Multidistrict Litigation Case No. 2797, *In re: Wells Fargo Auto Insurance*
24 *Marketing and Sales Practices Litigation*.  See Doc. No. 9.

25      In light of the transfer to the Central District of California, there is no need to conduct a
26 hearing on August 6, and the motion to stay is now moot.  For now, this matter is pending in the
27 Central District of California as part of MDL No. 2797.  Therefore, the Court will vacate the
28 currently set hearing and deny the motion to stay as moot.

**<u>ORDER</u>**

Accordingly, IT IS HEREBY ORDERED that:

1.    The August 6, 2018 hearing is VACATED; and

2.    Defendant's motion to stay (Doc. No. 7) is DENIED as moot in light of the July 3, 2018

      transfer to the Central District of California.

IT IS SO ORDERED.

Dated:   July 5, 2018       _____

                            SENIOR  DISTRICT  JUDGE